

**U.S. SMALL BUSINESS ADMINISTRATION**
Disaster Assistance
Processing and Disbursement Center
14925 Kingsport Road
Fort Worth, Texas 76155-2243

(817)868-2300
1(800)366-6303
Hearing Impaired
(817)-267-4688

June 21, 2019

ERICK C. BRICE
P O BOX 3462
FREDERIKSTED, VI 00841

RE: Application Number: ▉3865 LM: 5
    Loan Number: ▉7005

Dear ERICK C. BRICE:

We have received additional information which affects the terms and conditions of your loan. Your 04/06/2019, 05/06/2019, and 06/06/2019, loan payments are past due; therefore, we modified your loan by reducing the balance to the amount currently disbursed.

We have made the following amendments to your Loan Authorization and Agreement:

Your loan amount has decreased from **$121,700.00** to **$50,000.00**.

The payment amount is reduced from **$455.00** to **$187.00 monthly**, effective **April 6, 2019**. Your loan maturity remains unchanged at **29 year(s) and 10 month(s)** from the date of the Note.

(Note: If your payment is made through an automatic withdrawal from a checking or savings account, please contact our Customer Service Center at 1-800-659-2955 for assistance in changing the amount of your withdrawal.)

4. USE OF LOAN PROCEEDS has been amended as follows:

   A. Property located at **9q Estate Whim, Frederiksted, VI 00840**

   Subparagraph (1): Delete

   Subparagraph (2): Delete

   Subparagraph (3): Modify as follows:
   (3) Approximately $50,000.00 to repair/replace disaster damaged real estate.

   Subparagraph (4): Delete

Page 1

3865/DLH 7005

ERICK C. BRICE

7. <u>AGREEMENT TO REMIT AND ASSIGNMENT OF COMPENSATION FROM OTHER SOURCES</u> has been amended as follows:

   Subparagraph E. has been deleted.

8. <u>REQUIREMENTS FOR REAL ESTATE CONSTRUCTION OR REPAIR</u> has been modified as follows:

   Subparagraph B. Delete

9. <u>DUTY TO MAINTAIN INSURANCE</u> has been amended as follows:

   Subparagraph A: Modify as follows:

   A. Prior to disbursement of Loan funds in excess of $25,000.00, Borrower will purchase (make application and pay initial premium for) hazard insurance, including fire, lightning, and extended coverage. The coverage must adequately cover the structure, materials and equipment during any repairs to a disaster damaged property. Amount of coverage will be equal to 80% of the insurable value of each property or the minimum coinsurance requirement set forth in the insurance policy provided by Borrower, whichever is greater, or such other amounts and types of coverage as SBA may require on the properties located at:

   **COVERAGE TYPE - Hazard**

   | ADDRESS | PROPERTY TYPE |
   |---|---|
   | 9q Estate Whim Frederiksted, VI 00840 | All insurable real property (including any manufactured housing) |

   **COVERAGE TYPE - Windstorm**

   | ADDRESS | PROPERTY TYPE |
   |---|---|
   | 9q Estate Whim Frederiksted, VI 00840 | All insurable real property (including any manufactured housing) |

   Borrower will provide proof of such hazard insurance coverage to SBA. For any of the properties listed above that are also specified as collateral for this Loan, the SBA will be named as mortgagee or loss payee. **BORROWER MAY NOT BE ELIGIBLE FOR EITHER ANY FUTURE DISASTER ASSISTANCE OR SBA FINANCIAL**

3865/DLH       7005
ERICK C. BRICE

**ASSISTANCE IF THIS INSURANCE IS NOT MAINTAINED AS STIPULATED HEREIN THROUGHOUT THE ENTIRE TERM OF THIS LOAN.**

**This letter is a permanent amendment to your Loan Authorization and Agreement.**

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

You may request reinstatement of the cancelled loan funds. Your request must:

1) Be in writing and made within 6 months from the date of this letter.

2) The request must show that SBA's action was in error or provide justification acceptable to SBA to overcome the reason for this action.

3) Include a completed, signed and dated (with current date), Request for Transcript of Tax Return, IRS Form 4506-T. The form may be obtained from the SBA Website at https://disasterloan.sba.gov/ela/Information/PaperForms or you may contact our Customer Service Center at 1-800-659-2955.

4) Provide proof that your loan payments are current.

If you have any questions about this action, please contact our office at the above address or toll-free number.

Sincerely,

ROBERT HORTON
Team Lead

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Consumer Response Center, Federal Trade Commission, Washington, D.C. 20580.

Application Number: ▇▇▇▇3865　　　　　　　　　　　　　　　Loan Number: DLH▇▇▇▇7005

## U.S. Small Business Administration
## Truth in Lending Act Disclosure
## For Disaster Assistance Home Loans

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 1.750% | $14,889.00 *e* | $50,000.00 | $64,889.00 |

Your Payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 347 | $187.00 | Beginning 12 months from the date of the Note |

**Security:**
You are giving a security interest in:

Collateral located at: 9q Estate Whim, Frederiksted, VI 00840

**Late charges:**
There are no **late charges**.

**Prepayment:**
If you pay this loan off early, you will not have to pay a penalty.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

―――――――――――
*e* means an estimate

Page 4