

**U.S. SMALL BUSINESS ADMINISTRATION**
NATIONAL DISASTER LOAN RESOLUTION CENTER
200 W. SANTA ANA BOULEVARD STE. 740
SANTA ANA, CALIFORNIA 92701

November 13, 2019

NOTICE OF DEFAULT & ACCELERATION OF PROMISSORY NOTE

**FIRST CLASS MAIL**

ERICK C. BRICE
PO BOX 3462
FREDERIKSTED, VI   00841

Reference:    SBA Loan No.:    ▮▮▮▮70-05

Dear Sir or Madam:

The promissory note executed by you on February 15, 2018, in connection with a loan made by the U.S. Small Business Administration in the original amount of $121,700.00
, which was subsequently decreased to $ 50,000.00  is in default due to non-payment of monthly installments of $187.00 including principal and interest, which became due on August 6,2019, and on the 6th day of each subsequent month.

Because of this serious uncured breach in the terms and conditions of said note, this Agency does hereby declare the entire balance of indebtedness to be due and owing.

| | |
|---|---|
| Principal Balance | $49,727.68 |
| Accrued Interest Through   11/13/2019 | $345.71 |
| Total Due SBA | $50,073.39 |
| Daily Rate of Accruing Interest | $ 2.38 |

Demand is hereby made upon you under the terms of said Note for payment of the entire balance due. If payment of this demand is not made on or before November 27, 2019, we shall take such legal and other actions, deemed necessary or appropriate to protect the Government's interest.  Payment on your loan should be sent to the payment address indicated on your monthly billing statement.  There is also a faster, easier method of submitting your payment electronically by using Pay.Gov.  The Pay.Gov web address is www.pay.gov.  Pay.Gov is a secure website which can be used with a debit/credit card or payment made directly from your bank account.

If payment is not forthcoming and the SBA is forced to refer your file to the United States Attorney and/or the Treasury Department for enforced collection, substantial collection fees and costs shall be added to your account.

If you would like to discuss this matter, please call NDLRC, Santa Ana at (855) 778-3154

Website:  http://www.sba.gov/content/national-disaster-loan-resolution-center-ndlrc

Sincerely,

National Disaster Loan Resolution Center

 Demand Borrower (11/13/2019 3:22:00 PM)