EXHIBIT E



# SMALL BUSINESS ADMINISTRATION

Office of the Chief Financial Officer
Denver Finance Center
Programmatic Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of October 26, 2020
(Interest accrued on unpaid balance through above date)

| Loan Number: | 7005 |
|---|---|
| Name: | Erick C. Brice |
| Address: | 9Q Estate Whim  FREDERIKSTED  VI  00841 |

Total Amount Disbursed:

| | | | |
|---|---|---|---|
| Loan | $ | 50,000.00 | |
| Care and Preservation of Collateral | $ | 0.00 | |
| Recoverable Expenses | $ | 1,022.50 | |
| Total Amount Disbursed | | | $ 51,022.50 |
| Less: Repayments | | | $ 1,443.35 |
| Plus: Returned Check | | | $ 910.00 |
| Current Principal Balance | | | $ 50,489.15 |
| Add: Accrued Interest | | | $ 1,182.53 |
| Total Charges Outstanding | | | $ 51,671.68 |
| Less: Escrow Balance | | | $ 0.00 |
| Total Indebtedness | | | $ 51,671.68 |

Daily interest accrual on current balance: $2.42

Date of Last Transaction          Interest Paid Through

06/18/2020

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

_____                              __10/26/2020__

Patrick Henning, Lead Accountant                                              Date
Authorized Signature and Title

SBA FORM 596 B (8-81)



**SMALL BUSINESS ADMINISTRATION**
Office of the Chief Financial Officer
Denver Finance Center
Programmatic Accounting Branch
Denver, CO 80259

### CERTIFICATE OF INDEBTEDNESS

I, Patrick Henning, Lead Accountant, Programmatic Accounting Branch, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration, do hereby certify as such officer that I have the authority to make this Certificate and that the financial records of said Small Business Administration are under my custody including the records which are maintained in connection with a loan to: Erick C Brice   SBA Ln  7005

Enclosed as Exhibit "A" is a Statement of Account and Transcript of Account relating to said loan, certified as true by Patrick Henning, Lead Accountant, Programmatic Accounting Branch, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration. Said Statement of Account and Transcript of Account are true and correct to the best of my personal knowledge and from my examination of the books and records of the Small Business Administration with respect to said loan, and are hereby incorporated with and made part of this certificate.

Executed this 26th day of Oct, 2020   _____
Patrick Henning, Lead Accountant

I, Julie Anne St. Germain, a Notary Public in and for the State of Colorado, do hereby certify that the above named Lead Accountant is employed by the United States Small Business Administration, and that such officer has custody of the official financial records of the Small Business Administration.

My commission expires: Jan 08, 2022   _____
Julie Anne St. Germain

E-NOTARY # 20144000961-362963

# TRANSCRIPT OF ACCOUNT - SBA SERVICED, SINGLE INTEREST RATE LOAN

**Erick C. Brice**

**SBA** — U. S. Small Business Administration, Denver, CO 80259

**LOAN NUMBER:** ....7005   **DATE:** 10/26/2020

| SEP DAY DATE | #DAYS | DISBURSEMENT | REMITTANCE | APPLICATION OF REMITTANCE — PRINCIPAL | APPLICATION OF REMITTANCE — INTEREST | APPLICATION OF REMITTANCE — ACCRUED INTEREST | BALANCES — PRINCIPAL BALANCE | BALANCES — ACCRUED INTEREST BALANCE | INTEREST CALCULATIONS — ACCT 4026 | INTEREST CALCULATIONS — INTEREST RATE | FR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2018 | - | $ 25,000.00 | $ - | $ - | $ - | $ - | $ 25,000.00 | $ - | $ - | 1.750% | 2 |
| 1/28/2019 | 244 | $ - | $ - | $ - | $ - | $ - | $ 25,000.00 | $ 292.47 | $ 292.47 | 1.750% | 2 |
| 1/28/2019 | 115 | $ 25,000.00 | $ - | $ - | $ - | $ - | $ 50,000.00 | $ 292.47 | $ - | 1.750% | 2 |
| 5/23/2019 | 115 | $ - | $ 910.00 | $ 341.85 | $ 275.68 | $ 292.47 | $ 49,658.15 | $ - | $ 275.68 | 1.750% | 1 |
| 5/23/2019 | - | $ - | $ 910.00 | $ - | $ - | $ - | $ 50,568.15 | $ - | $ - | 1.750% | 2 |
| 6/21/2019 | 29 | $ - | $ 910.00 | $ 840.47 | $ 69.53 | $ - | $ 49,727.68 | $ - | $ 69.53 | 1.750% | 1 |
| 12/30/2019 | 192 | $ - | $ 250.00 | $ - | $ - | $ - | $ 49,977.68 | $ 457.77 | $ 457.77 | 1.750% | 2 |
| 2/28/2020 | 60 | $ - | $ 60.00 | $ - | $ - | $ - | $ 50,037.68 | $ 601.54 | $ 143.77 | 1.750% | 2 |
| 3/3/2020 | 4 | $ - | $ 12.50 | $ - | $ - | $ - | $ 50,050.18 | $ 611.14 | $ 9.60 | 1.750% | 2 |
| 3/3/2020 | - | $ - | $ - | $ 261.03 | $ - | $ - | $ 49,789.15 | $ 611.14 | $ - | 1.750% | 2 |
| 5/11/2020 | 69 | $ - | $ 700.00 | $ - | $ - | $ - | $ 50,489.15 | $ 775.85 | $ 164.71 | 1.750% | 2 |
| 6/18/2020 | 38 | $ - | $ - | $ - | $ - | $ - | $ 50,489.15 | $ 867.84 | $ 91.99 | 1.750% | 2 |
| 10/25/2020 | 129 | $ - | $ - | $ - | $ - | $ - | $ 50,489.15 | $ 1,180.11 | $ 312.27 | 1.750% | 2 |
| | | | | | | | | | | | |
| Total | 1 | $ 51,732.50 | $ 2,081.03 | $ 1,443.35 | $ 345.21 | $ 292.47 | 50,489.15 | $ 1,192.53 | | | |
| | | | | | | | | $ 1,162.53 | $ 1,820.21 | 1.750% | 2 |

CHG OFF
Daily Per Diem: $2.42
Current Balance w/ Acc'd Int: $51,571.68

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED TAKEN FROM THE RECORDS OF THIS AGENCY.

AUTHORIZED SIGNATURE: PATRICK HENNING   Digitally signed by PATRICK HENNING   Date: 2020.10.26 13:10:38 -06'00'

DATE